**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SY BEST, | |
|                             Plaintiff, | |
|                  - against - | **OPINION AND ORDER** |
| THE CITY OF NEW YORK, et al., | **04 Civ. 10114 (BSJ) (RLE)** |
|                           Defendants. | |

**RONALD L. ELLIS, United States Magistrate Judge:**

## I. INTRODUCTION

Plaintiff, Sy Best, commenced this action against the City of New York (the "City") and other defendants on December 22, 2004. Pending before the Court is Best's application to proceed *in forma pauperis*. For the reasons which follow, Best's application to proceed *in forma pauperis* is **GRANTED**.

## II. DISCUSSION

Under 28 U.S.C. § 1915, "any court . . . may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor." Best's application to proceed *in forma pauperis* indicates that he is currently incarcerated and unemployed. The Court finds that Best's application establishes his inability to pay for the prosecution of his case. Therefore, his application to proceed *in forma pauperis* is **GRANTED**.

## III. CONCLUSION

Best's application to proceed *in forma pauperis* is **GRANTED**.

**SO ORDERED this 26th day of June 2006**
**New York, New York**

_____
**The Honorable Ronald L. Ellis**
**United States Magistrate Judge**